UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------

ANWYN GOLDBERG and SOLOMON WATKINS,

                Plaintiffs,

          -against-

THE CITY OF NEW YORK, RYAN MCLASKY, and
JOHN and JANE DOES 1-10, individually and in their
official capacities as police officers,

                Defendants.

------------------------------------------------------------ x

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULE**

19 CV 04241 (GBD)

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

    1.    An Initial pretrial conference will be held **on Wednesday, December 11, 2019 at 9:30 a.m.** at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

    2.    No Additional Parties may be joined after **February 11, 2020**.

    3.    No amendment to the pleadings will be permitted after **February 11, 2020**.

    4.    Except for good cause shown, all **discovery** shall be commenced in time to be completed by **March 10, 2020**. The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the

Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

    5. Dispositive motions are to be served by **April 10, 2020**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

    6. A final **pretrial conference** will be held on _April 15, 2020 at 9:45 am_

    7. **The Joint Pretrial Order** shall be filed no later than **June 5, 2020**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

    8. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

    9. The parties shall be ready for trial within 48 hours, notice on or **June 24, 2020**. The estimated trial time is 4 days, and this is a jury trial.

    10. A Status Conference will be held on _March 18, 2020 at 9:45 am_

Dated:    New York, New York
           December 4, 2019

[DEC 0 5 2019]  SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Attorney for Plaintiffs

Attorney for Defendants