UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

ANWYN GOLDBERG and SOLOMON WATKINS,

Plaintiffs,

-against-

THE CITY OF NEW YORK, RYAN MCLASKY, and JOHN and JANE DOES 1-10, individually and in their official capacities as police officers,

Defendants.

---------------------------------------------------------------- x

[PROPOSED] UNSEALING ORDER

19-CV-04241(GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 2 2020

**WHEREAS**, plaintiffs commenced this action by filing a complaint on or about May 9, 2019, alleging that the defendants violated their federal civil rights; and

**WHEREAS**, plaintiffs Goldberg and Watkins were arrested on or about February 12, 2018, and an individual by the name of Kieffer Braisted, who fled the scene, was later arrested on or about February 22, 2018 for crimes related to the same incident involving plaintiffs; and

**WHEREAS**, the arrest paperwork, District Attorney file, and Court file and transcripts ("criminal files"), related to Kieffer Braisted, are important evidence in the instant matter, and should be freely used by either party in support of their claims and defenses; and

**WHEREAS**, upon information and belief, the charges against Kieffer Braisted have been dismissed and sealed pursuant to N.Y.C.P.L. § 160.50, and cannot be obtained or produced without an unsealing order; therefore

**IT IS HEREBY ORDERED,** that the criminal files relating to the February 22, 2018 arrest and subsequent prosecution of Kieffer Braisted, be unsealed and made available to all the parties in this federal civil rights action.

Dated: New York, New York
February ____, 2020
**FEB 1 2 2020**

*George B. Daniels*

HON. GEORGE B. DANIELS, U.S.D.J.