USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANWYN GOLDBERG et al.,

                                 Plaintiffs,

                    -against-

CITY OF NEW YORK et al.,

                                 Defendants.
------------------------------------------------------------------X

**ORDER**

**19-CV-4241 (GBD)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

For the telephone conference scheduled for March 18, 2020 at 11:00 a.m., the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

SO ORDERED.

Dated: March 16, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge