UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
ANWYN GOLDBERG et al.,

                              Plaintiffs,

            -against-

NEW YORK et al.,

                            Defendants.
------------------------------------- x

<u>ORDER</u>

19 Civ. 4241 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is adjourned to June 17, 2020 at 9:45 a.m.

Dated: New York, New York
      March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE