**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ANWYN GOLDBERG et al.,

         Plaintiffs,

  -against-

CITY OF NEW YORK et al.,

         Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: JUN 0 8 2020

ORDER

19 Civ. 4241 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The conference is adjourned from June 17, 2020 to August 19, 2020 at 9:45 am.

Dated: New York, New York
   June 8, 2020

               SO ORDERED.

               *George B. Daniels*
               GEORGE B. DANIELS
               United States District Judge