USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANWYN GOLDBERG et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

19 Civ. 4241 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for August 19, 2020 at 9:45 am is canceled.

Dated: New York, New York
       August 13, 2020

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge