UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ANWYN GOLDBERG and
SOLOMON WATKINS,

                     Plaintiffs,

    -against-

CITY OF NEW YORK and
OFFICER RYAN MCLASKY,

                     Defendants.

------------------------------------------------------------ x

ORDER

19 Civ. 4241 (GBD)

GEORGE B. DANIELS, District Judge:

    The Court will hear oral argument on Defendant's Motion for Summary Judgment, (ECF 48), and Plaintiffs' Cross-Motion for Summary Judgement, (ECF 58), on June 22, 2021 at 11:00 a.m.

Dated: May 12, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE