UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ANWYN GOLDBERG and
SOLOMON WATKINS,

                        Plaintiffs,
     -against-

CITY OF NEW YORK and
OFFICER RYAN MCLASKY,

                        Defendants.

------------------------------------- X

ORDER

19 Civ. 4241 (GBD)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: JUN 1 5 2021]

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant's Motion for Summary Judgment, (ECF No. 48), and Plaintiffs' Cross-Motion for Summary Judgement, (ECF No. 58), is adjourned from June 22, 2021 to July 28, 2021 at 11:00 a.m.

The Clerk of Court is directed to close the letter motion, (ECF No. 69), accordingly.

Dated: June 15, 2021
       New York, New York

                                           SO ORDERED.

                                           *George B. Daniels*
                                           GEORGE B. DANIELS
                                       UNITED STATES DISTRICT JUDGE