# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard – Suite 201
Bayside, New York 11361
Tel: (718) 281-0400
Fax: (718) 631-2700



July 27, 2021

**SO ORDERED**

The oral argument is adjourned from July 28, 2021 to August 18, 2021 at 11:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 2 8 2021

**Via ECF**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anwyn Goldberg and Solomon Watkins v. City of New York, et al.*
      Docket No. 19-cv-4241 (GBD)

Honorable Judge Daniels,

Please accept this letter motion from plaintiffs seeking an adjournment of the oral arguments presently scheduled for July 28, 2021, at 11:00 a.m.

This request has been made necessary and unavoidable due to the undersigned recently testing positive for COVID-19. As such, I am under strict quarantine for the foreseeable future and would request an adjournment any time after August 12, 2021 to be on the safe side.

This is plaintiffs' first request for an adjournment of oral arguments, although defendants have submitted one previous request to adjourn which was granted by this Court. (Dkt. 70). Due to the nature of this request, I did not inquire as to defendants' position.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Samuel C. DePaola*
Samuel C. DePaola, Esq.
*Attorney for Plaintiff*
sdepaola@simdepaola.com