# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANWYN GOLDBERG and SOLOMON WATKINS,

                    Plaintiffs,           19 **CIVIL** 4241 (GBD) (KHP)

     -against-                        **JUDGMENT**

THE CITY OF NEW YORK and OFFICER RYAN MCLASKY,

                    Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 30, 2021, Defendants' motion for summary judgment, (ECF No. 48), is granted. Plaintiffs' cross motion for partial summary judgment, (ECF No. 58), is denied.

**Dated:**  New York, New York
           September 30, 2021

                                                             **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                     **BY:**
                                                              **Deputy Clerk**